*Jackson, Petitioner, v. Quality Loan Serv. Corp. of Wash. et al., Respondents*, No. 91779-5. Petition for review of a decision of the Court of Appeals, No. 72016-3-I, April 6, 2015, 186 Wn. App. 838. *Denied* November 4, 2015.

*State, Respondent, v. Magney, Petitioner*, No. 91783-3. Petition for review of a decision of the Court of Appeals, No. 70323-4-I, March 9, 2015, 186 Wn. App. 1016. *Denied* November 4, 2015.

*State, Respondent, v. Mendoza-Escatel, Petitioner*, No. 91793-1. Petition for review of a decision of the Court of Appeals, No. 71218-7-I, April 27, 2015, 187 Wn. App. 1014. *Denied* November 4, 2015.

*State, Respondent, v. Rodriquez, Petitioner*, No. 91794-9. Petition for review of a decision of the Court of Appeals, No. 71341-8-I, June 1, 2015, 187 Wn. App. 922. *Denied* November 4, 2015.

*State, Respondent, v. Kissler, Petitioner*, No. 91795-7. Petition for review of a decision of the Court of Appeals, No. 44589-1-II, October 28, 2014, 184 Wn. App. 1019. *Denied* November 4, 2015.

*State, Respondent, v. Howerton, Petitioner*, No. 91798-1. Petition for review of a decision of the Court of Appeals, No. 71837-1-I, March 30, 2015, 187 Wn. App. 357. *Denied* November 4, 2015.

*Husted et al., Petitioners, v. State, Respondent*, No. 91799-0. Petition for review of a decision of the Court of Appeals, No. 71662-0-I, May 11, 2015, 187 Wn. App. 579. *Denied* November 4, 2015.

*State, Respondent, v. Marrufo-Sarinana, Petitioner*, No. 91806-6. Petition for review of a decision of the Court of Appeals, No. 71303-5-I, April 27, 2015, 187 Wn. App. 1014. *Denied* November 4, 2015.